# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 12-1048

_____

| | | |
|---|---|---|
| Juana Ajiataz-Guico, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review from the |
| v. | * | Board of Immigration Appeals. |
| | * | |
| Eric H. Holder, Jr., Attorney General | * | [UNPUBLISHED] |
| of the United States, | * | |
| | * | |
| Respondent. | * | |

_____

Submitted: July 5, 2012
Filed: July 10, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Juana Ajiataz-Guico petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). Ajiataz-Guico was denied asylum based on the untimeliness of her application, and was denied withholding of removal and CAT relief based on the merits of her requests.

We first note that this court lacks jurisdiction to review the BIA's determinations regarding the untimeliness of Ajiataz-Guico's asylum application. See

8 U.S.C. § 1158(a)(3).  After careful review, we conclude that substantial evidence supports the BIA's denials of withholding of removal and CAT relief.  See Wijono v. Gonzales, 439 F.3d 868, 872-74 (8th Cir. 2006).  Finally, to the extent Ajiataz-Guico raises new issues in her petition, we do not consider them.  See Chak Yiu Lui v. Holder, 600 F.3d 980, 984 (8th Cir. 2010).

Accordingly, we deny the petition.  See 8th Cir. R. 47B.

_____